| | | | |
|---|---|---|---|
| Gustafson v. Flugge ..................................... | 27680, 27685 | 01/17/2017 | Affirmed (LEL) |
| State v. Bishop ........................................... | 27693 | 01/17/2017 | Affirmed (SMS) |
| State v. Neels .......................................... | 27713 | 01/17/2017 | Affirmed (LEL) |
| State v. Merrival ....................................... | 27776 | 01/17/2017 | Affirmed (RAM) |
| State v. Merrival ....................................... | 27777 | 01/17/2017 | Affirmed (RAM) |
| State v. Claymore ..................................... | 27795, 27796 | 01/17/2017 | Affirmed (JMC) |
| State v. Cloud .......................................... | 27746, 27747 | 01/17/2017 | Affirmed (JWD) |
| State v. Hudson ........................................ | 27788 | 01/17/2017 | Affirmed (RJH) |
| State v. Hislaw ......................................... | 27821 | 01/17/2017 | Affirmed (JLB) |
| State v. Hislaw ......................................... | 27822 | 01/17/2017 | Affirmed (JLB) |
| State v. Elmore ........................................ | 27828 | 01/17/2017 | Affirmed (GJS) |
| State v. Fairbanks ..................................... | 27831 | 01/17/2017 | Affirmed (MWD) |
| A.A., Interest of ....................................... | 27840, 27860 | 01/17/2017 | Affirmed (RAM) |
| State v. Blankartz ..................................... | 27845, 27846 | 01/17/2017 | Affirmed (RJH) |
| State v. Williams ...................................... | 27849 | 01/17/2017 | Affirmed (JRE) |
| State v. Gassman ...................................... | 27859 | 01/17/2017 | Affirmed (KFT) |
| K.M., Interest of ...................................... | 27892 | 01/20/2017 | Affirmed (JN) |
| K.M., Interest of ...................................... | 27873 | 01/20/2017 | Affirmed (JN) |
| A.R.G., Interest of .................................... | 27898, 27907 | 02/14/2017 | Affirmed (TWB) |
| Relf v. State ............................................. | 27773 | 02/21/2017 | Affirmed (CAP) |
| State v. Ford ............................................ | 27876 | 02/21/2017 | Affirmed (KFT) |
| State v. Newman ...................................... | 27881 | 02/21/2017 | Affirmed (PTP) |
| State v. Ryan ............................................ | 27722, 27723, 27724, 27725, 27726, 27727, 27728 | 02/21/2017 | Affirmed (SMS) |
| A.H., Interest of ....................................... | 27874 | 03/27/2017 | Affirmed (JN) |
| State v. Cowherd ...................................... | 27858 | 03/27/2017 | Affirmed (RG) |
| Sayler v. Sayler ........................................ | 27818, 27830 | 03/27/2017 | Affirmed (GWE) |
| A.B., Interest of ....................................... | 27808 | 03/27/2017 | Affirmed (PS) |
| Eggers Entertainment, Inc. v. Sports Zone, Inc. ........... | 27770 | 03/27/2017 | Affirmed (MS) |
| State v. Sprinkle ...................................... | 27945 | 03/27/2017 | Affirmed (CAP) |